UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RODOLFO PACHECO,

                      Plaintiff,

    -against-

3OTH PRECINCT, et al.,

                     Defendants.

19-CV-11915 (CM)

ORDER OF DISMISSAL

---

COLLEEN McMAHON, Chief United States District Judge:

    By order dated March 2, 2020, the Court directed Plaintiff, within thirty days, to submit a completed second amended request to proceed *in forma pauperis* ("second amended IFP application") or pay the $400.00 in fees required to file a civil action in this Court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed a second amended IFP application or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   May 6, 2020
          New York, New York

                                                    COLLEEN McMAHON
                                               Chief United States District Judge